**DISMISS and Opinion Filed May 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-86-00708-CV**

**SUBURBAN AMERICAN COMPANY, INC., Appellant**
**V.**
**MOUSSA DEVELOPMENT NO. 3 & STANLEY A. MOUSSA, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 85-12295-L**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

We reinstate this appeal. This case was abated in 1987 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system; however, nothing on that

system indicated a bankruptcy case was still pending.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c).  To

date, none of the parties have responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal.  *See id.* 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

860708F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SUBURBAN AMERICAN COMPANY, INC., Appellant

No. 05-86-00708-CV          V.

MOUSSA DEVELOPMENT NO. 3 & STANLEY A. MOUSSA, Appellees

On Appeal from the 193rd Judicial District Court, Dallas County, Texas Trial Court Cause No. 85-12295-L. Opinion delivered by Chief Justice Burns. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered May 5, 2021